IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY LEE SCHMITZ,

       Plaintiff,                    No. CIV S-05-1734 FCD PAN P

    vs.

SUTTER COUNTY JAIL, et al.,

       Defendants.              ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On January 6, 2006, the court granted plaintiff leave to proceed in forma pauperis. See 28 U.S.C. § 1915(a). On January 30, 2006, plaintiff filed a second motion for leave to proceed in forma pauperis.

        Since plaintiff already proceeds in forma pauperis, there is no reason to grant the January 30, 2006, motion.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's January 30, 2006, motion
2 to proceed in forma pauperis is denied.
3 DATED: March 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/04

\schm1734.dny ifp - alrdy grntd