IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY LEE SCHMITZ,

    Plaintiff,                    No. CIV S-05-1734 FCD PAN P

    vs.

SUTTER COUNTY JAIL, et al.,

    Defendants.             <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file objections to the March 30, 2006, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 19, 2006, request for an extension of time is granted; and

        2. Plaintiff is granted 30 days from the date of this order to file and serve objections to the March 30, 2006, findings and recommendations.

DATED: May 2, 2006.

                                                          UNITED STATES MAGISTRATE JUDGE

/mp/004
schm1734.36