IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY LEE SCHMITZ,

     Plaintiff,                       No. CIV S-05-1734 FCD PAN P

     vs.

SUTTER COUNTY JAIL, et al.,

     Defendants.                 ORDER

_____/

     Plaintiff has filed his second request for an extension of time to file objections to the March 30, 2006 findings and recommendations. Plaintiff states he needs an additional ninety days to file objections because he must gather all his medical records together. This court recommended dismissal of plaintiff's complaint because plaintiff failed to state a claim upon which relief could be granted. Plaintiff is advised that he is not required to file medical records with his objections. In an abundance of caution, plaintiff will be granted an additional thirty days in which to file objections. No further extensions of time will be granted.

     IT IS HEREBY ORDERED that:

     1. Plaintiff's May 26, 2006 request for an extension of time is partially granted; and

/////

1

2. Plaintiff is granted thirty days in which to file his objections to the March 30, 2006 findings and recommendations.  No further extensions of time will be granted.

DATED:  June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp:001
schm1734.36sec